1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12
13
14
15
16
17

EDWARD R MONFORT,

Plaintiff,

v.

ADOMANI, et al.,

Defendants.

Case No. 18-CV-05211-LHK

**ORDER DISMISSING CASE AND DENYING STIPULATION AS MOOT**

Re: Dkt. No. 118

18       On November 25, 2019, the Court granted summary judgment in favor of Defendants as to
19  all of Plaintiff's claims.  ECF No. 107.  On January 13, 2020, the parties stipulated to a dismissal
20  without prejudice of all of Defendant Adomani's counterclaims.  ECF No. 118.  The parties state
21  that they will stipulate to a dismissal with prejudice of Adomani's counterclaims after the
22  settlement is fully effectuated.  *Id.*  Accordingly, the Court dismisses without prejudice all of
23  Defendant Adomani's counterclaims.  The Court hereby also vacates the January 23, 2020 pretrial
24  conferences and the February 3, 2020 trial.
25       The Court retains jurisdiction to enforce the terms of any settlement.  *Kokkonen v.*
26  *Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).  The Clerk shall close the file; this is an
27  administrative procedure that does not affect the rights of the parties.

28

United States District Court
Northern District of California

Accordingly, the parties' stipulation, ECF No. 118, is DENIED as moot.

**IT IS SO ORDERED.**

Dated:  January 13, 2020

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No. 18-CV-05211-LHK
ORDER DISMISSING CASE AND DENYING STIPULATION AS MOOT

United States District Court
Northern District of California